UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| V. | ] | 2:09-CR-31 |
| | ] | JUDGE JORDAN |
| MARTINA YEARY | ] | |

TO THE HONORABLE MAGISTRATE OF THE ABOVE COURT:

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, United States of America, by and through the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That Martina Yeary, is now in the custody of the Hamblen County Jail, at Morristown, Tennessee, pursuant to a lawful commitment.

II.

That there is pending against the defendant Martina Yeary, in this District the above-captioned case, which is set for an Initial Appearance hearing or for his/her case to be otherwise disposed of upon said indictment heretofore returned against him, on May 14, 2009, in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, at 9:00 a.m. that day and each day thereafter until said case has been disposed.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Hamblen County Jail, at Morristown, Tennessee, commanding him to produce the said Martina Yeary, before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said Martina Yeary, into his custody and possession at said Hamblen County Jail, and under safe and secure conduct to have him/her before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him/her to said Sheriff, Hamblen County Jail, at Morristown, Tennessee, as aforesaid.

Respectfully submitted this the 28th day of April 2009.

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By: /s/Wayne Taylor
DONALD WAYNE TAYLOR
ASSISTANT UNITED STATES ATTORNEY