IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

*CRIMINAL MINUTES: INITIAL APPEARANCE and ARRAIGNMENT*

USA v MARTINA YEARY, ET AL

Case No 2:09-CR-31 Date May 14, 2009 Time 9:00 - 9:53 A.M.

**Hon. DENNIS H INMAN, Magistrate Judge, Presiding**

| CONNIE LAMB | 9:11:30 - 9:52:35 | D. WAYNE TAYLOR |
|---|---|---|
| Deputy Clerk | Court Reporter/Tape | Asst. U. S. Attorney |

| DEFENDANT | | ATTORNEY |
|---|---|---|
| MARTINA YEARY | (6) | J. MATTHEW BOLTON (via telephone) |
| KEVIN VINET | (17) | PAUL COUNTISS |
| RANDY BROCKWELL | (22) | JERRY FABUS |
| VICTOR CAIN | (23) | SANDRA JELOVSEK |
| BETTY FUSON | (25) | ALEXANDER BROWN (not present) |
| GLENDA GILLIAM | (26) | ANGELA MORELOCK |
| BRANDON FOULKS | (27) | JOE C. CRUMLEY |

**PROCEEDINGS:** Arrest Date: May 14, 2009

Defendants sworn

Defendants found competent

Defendants advised of charges, penalties, and rights

Financial Affidavits executed; Defendants found indigent

Counsel present and appointed with exception of Alexander Brown

Plea of not guilty to all charges in behalf of each defendant with exception of Betty Fuson

All defendants are present pursuant to writs of habeas corpus

Detention hearing waived by counsel in behalf of Randy Brockwell

Oral motion for extension of time by James Countiss

Detention Hearings scheduled 5/20/09, @ 2:00 p.m. for all except defendant Brockwell

Arraignment for defendant Fuson set for 2:00 p.m. 5/20/09

Defendants remanded to custody of U.S. Marshal

Orders to enter